### FITZPATRICK *v.* THE STATE.

SIMMONS, C. J.    No error of law is complained of.   The evidence fully authorized the verdict, and there was no error committed by the court below in refusing a new trial.          *Judgment affirmed.    All the Justices concur.*

Argued February 20, — Decided March 2, 1905.

Indictment for rape.    Before Judge Holden.    Madison superior-court.    December 22, 1904.

*J. F. L. Bond* and *G. C. Thomas,* for plaintiff in error.

*John C. Hart, attorney-general,* and *David W. Meadow, solicitor-general,* contra.